UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PARRA, | Case No. SACV 08-00283 VAP-(JC) |
| Petitioner, | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| ALFRED MARTINEZ, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"), and petitioner's objections to the Report and Recommendation ("Objections"). The Court has further made a *de novo* determination of those portions of the Report and Recommendation to which objection is made. The Court concurs with and adopts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
United States Magistrate Judge's Report and Recommendation, and the Judgment
herein on counsel for petitioner and respondents.

   LET JUDGMENT BE ENTERED ACCORDINGLY.

   DATED:  September 15, 2011

   _____
   HONORABLE VIRGINIA A. PHILLIPS
   UNITED STATES DISTRICT JUDGE